UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN OF CORCORAN STATE PRISON, et al.,<br><br>    Defendants. | 1:03-CV-05445-AWI-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>(DOCUMENT #45) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2005, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations of May 6, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   June 15, 2005**                     **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE