UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>             Plaintiff,<br><br>      v.<br><br>WARDEN OF CORCORAN STATE PRISON, et al.,<br><br>             Defendants. | CV F- 03-5445 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On November 24, 2004, the Court issued Findings and Recommendations recommending that plaintiff's amended complaint proceed on plaintiff's excessive force claims against defendants Bailey, Sees, Lawton, Hass, Beers, Gonzales and Hayward; and that defendants Buller, Rousseau and the Warden of Corcoran State Prison be dismissed from this action.

On January 12, 2005, plaintiff filed a motion to amend the complaint. In the motion, plaintiff states that he has new information from which he believes he can state cognizable claims for

supervisorial liability against defendants Buller, Rousseau and the Warden of Corcoran State Prison. On April 21, 2005, plaintiff filed a fourth amended complaint which the court finds states cognizable claims for relief against all the named defendants. Accordingly, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants:

        Lawton

        Hass

        Beers

        Gonzales

        Hayward

        Buller

        Bailey

        Sees

        Rousseau

        Dill; and

        The Warden of Corcoran State Prison

    2. The Clerk of the Court shall send plaintiff eleven (11) USM-285 forms, eleven (11) summons, an instruction sheet and a copy of the fourth amended complaint filed April 21, 2005.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

        a. Completed summons;

        b. One completed USM-285 form for each defendant listed above; and

        c. Twelve (12) copies of the endorsed fourth amended complaint filed April 21, 2005.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of

1  costs.

2        5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of
3  this action.  Local Rule 11-110.

8      IT IS SO ORDERED.

9      **Dated:   August 17, 2005**                     **/s/ Dennis L. Beck**
   3c0hj8                                          UNITED STATES MAGISTRATE JUDGE