UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIBSON, ) | |
| ) | |
| Appellant, ) | CV F-03-5445 OWW DLB P |
| ) | |
| v. ) | |
| ) | |
| CORCORAN WARDEN, etc., ) | ORDER FINDING ALL MOTIONS |
| ) | FILED PRIOR TO AUGUST 17, |
| ) | 2005 MOOT AND REFERRING |
| Defendant ) | REQUEST FOR RELIEF |
| _____) | REGARDING COPIES TO |
| | MAGISTRATE JUDGE |

Pursuant to the notice of withdrawal of motions filed by the plaintiff, the following motions are denied as moot: 1) Motion to Transfer Case To Another Court [50]; 2) all Motions for Preliminary or Temporary Injunction [35], [36],[39],[40],[43].

The plaintiff's request to be relieved of submitting eleven copies of the Fourth Amended Complaint is referred to the Magistrate Judge for decision.

Dated: Sept. 15, 2005                 /s/ OLIVER W. WANGER
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1