UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT D. GIBSON, | ) | CV F- 03-5445 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | SUBMIT ADDITIONAL USM 285 |
| v. | ) | FORMS |
| | ) | [DOCS 54, 57] |
| WARDEN OF CORCORAN STATE PRISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On August 18, 2005, the Court issued an order finding that the fourth amended complaint stated cognizable claims for relief against all the named defendants. The Court ordered that service was appropriate for the named defendants and directed plaintiff to submit eleven (11) USM-285 forms, eleven (11) summons, and a copy of the fourth amended complaint filed April 21, 2005 for each defendant. The Court neglected to provide plaintiff with USM 285 forms for defendants the Director of California Department of Corrections, Y. Yamamoto and D. Ortiz. Accordingly, the Clerk is directed to send plaintiff three (3) additional USM-285 forms, three

three summons, an instruction sheet and a copy of the fourth amended complaint filed April 21, 2005.

Within twenty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b.  One completed USM-285 form for each additional defendant listed above; and

    c. three additional copies of the endorsed fourth amended complaint filed April 21, 2005.

Upon receipt of the above-described documents, the court will direct the United States Marshal to serve all of the named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action.  Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   October 12, 2005**                    **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE