UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>WARDEN OF CORCORAN STATE PRISON, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-05445-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 44)<br><br>**ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs, 36, 39, 40, 43) |

    Plaintiff, Robert D. Gibson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 6, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On May 19, 2005, plaintiff filed a motion to extend time. On June 16, 2005, the court granted plaintiff an additional thirty (30)

1

days within which to respond.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 6, 2005, are ADOPTED IN FULL; and,

2. Plaintiff's motions for preliminary injunctive relief, filed February 28, 2005, March 11, 2005, March 22, 2005, and May 2, 2005, are DENIED, without prejudice, as PREMATURE.

IT IS SO ORDERED.

**Dated:   October 11, 2005**              **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE

2