IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>                              Plaintiff,<br><br>     v.<br><br>WARDEN OF CORCORAN STATE PRISON, et al.,<br><br>                              Defendants. | NO. 1:03-CV-05445 AWI DLB P<br><br>ORDER |

On February 9, 2006, Defendants filed a request for an extension of time to file their responsive pleading, currently due February 14, 2006.  Defendants explain they believe Plaintiff has failed to exhaust his claims as to each Defendant.  The Court authorized service against fourteen Defendants.  Defendants report they need additional time to confirm non-exhaustion, adding that if they conclude exhaustion has been completed, they will file a responsive pleading as to applicable Defendants.  Defendants' counsel reports he will be out of the office during the week of February 13, 2006, in part, on family business.

Good cause appearing, Defendants are granted to and including March 16, 2006, to file their responsive pleading.

IT IS SO ORDERED.

03pc5445.gibsonextxotn.wpd

  Dated:   February 12, 2006                      /s/ Dennis L. Beck
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE