1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

13    ROBERT D. GIBSON,                    )          CV F- 03-5445 AWI DLB P
                                          )
14                    Plaintiff,          )          ORDER DENYING PLAINTIFF'S
                                          )          MOTION TO FILE FIFTH AMENDED
15          v.                            )          COMPLAINT AND MOTION TO FILE
                                          )          SUPPLEMENTAL BRIEFING
16    WARDEN OF CORCORAN STATE            )          [DOCS 91  and 92]
      PRISON, et al.,                     )
17                                        )
                      Defendants.         )
18    _____)

19
20
21

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

pursuant to 42 U.S.C. section 1983.   On February 13, 2006, plaintiff filed a motion for leave to file a

fifth amended complaint and a motion to file supplemental briefing.  In his motions, plaintiff seeks

leave to file a fifth amended complaint and "supplemental briefing" in order to add further legal

argument to his complaint.  He states that he does not seek to add new claims or new defendants.

Plaintiff's motions are HEREBY DENIED.  It is unnecessary for plaintiff to add further legal

argument to his complaint.  The federal system is one of notice pleading.  Galbraith v. County of

Santa Clara, 307 F.3d 1119, 1126 (2002).  "Rule 8(a)'s simplified pleading standard applies to all

1  civil actions, with limited exceptions," none of which applies to section 1983 actions.  <u>Swierkiewicz</u>

2  <u>v. Sorema N. A.</u>, 534 U.S. 506, 512 (2002); Fed. R. Civ. Pro. 8(a).  Pursuant to Rule 8(a), a

3  complaint must contain "a short and plain statement of the claim showing that the pleader is entitled

4  to relief . . . ." Fed. R. Civ. Pro. 8(a).  "Such a statement must simply give the defendant fair notice

5  of what the plaintiff's claim is and the grounds upon which it rests."  <u>Swierkiewicz</u>, 534 U.S. at 512.

6  The court has reviewed plaintiff's complaint and determined that it is sufficient for service of

7  process.  It is not necessary for plaintiff to add further legal argument or supplemental briefing to his

8  complaint.  Plaintiff's motions are therefore DENIED.

9       IT IS SO ORDERED.

10      **Dated:  __March 1, 2006__**             __**/s/ Dennis L. Beck**__

  3c0hj8                  UNITED STATES MAGISTRATE JUDGE