# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, | CV F- 03-5445 AWI DLB P |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT |
| v. | |
| WARDEN OF CORCORAN STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On March 13, 2006, plaintiff filed a motion for leave of Court to file a Fifth Amended Complaint. Because defendants have already appeared in this action, plaintiff may only amend the complaint with leave of the court or by written consent of the adverse party. Fed. R. Civ. Pro. 15(a). Consequently, defendants are HEREBY ORDERED to respond to plaintiff's motion for leave to file a Fifth Amended Complaint within 20 days of this order.

IT IS SO ORDERED.

Dated: March 20, 2006          /s/ Dennis L. Beck
3c0hj8                         UNITED STATES MAGISTRATE JUDGE