UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, | 1:03-cv-5445 OWW DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO FILE A FIFTH AMENDED COMPLAINT |
| v. | |
| WARDEN OF CORCORAN STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, on March 13, 2006, filed a motion for reconsideration of the March 1, 2006, court order denying a fifth amended complaint.

The Magistrate Judge has correctly analyzed the law and the four prior complaints Plaintiff has filed.

Plaintiff has had more than adequate time to state a complaint in this matter.  The amended complaint adds nothing of substance.  There is no error in the Magistrate Judge's Findings and Recommendations or the order denying Plaintiff's motion to file a fifth amended complaint; no change in the law; and the motion is DENIED.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                                    **/s/ Oliver W. Wanger**
emm0d6                                                         UNITED STATES DISTRICT JUDGE