UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, | CV F- 03-5445 AWI DLB P |
| Plaintiff, | ORDER RE PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE |
| v. | [Doc. 70] |
| WARDEN OF CORCORAN STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On December 14, 2005, plaintiff filed a request for judicial notice of correspondence from the FBI. Plaintiff may offer evidence, such as the correspondence, to support his claims at an appropriate juncture in this action. A pending motion for summary judgment would be such a juncture. At this time, there is nothing pending before the court that requires the submission of evidence and the court will not serve as a repository for a party's evidence. Plaintiff may not file evidence with the court until the course of litigation brings the evidence into question. Accordingly, plaintiff's request is denied.

1   IT IS SO ORDERED.

2   **Dated:   August 31, 2006**           **/s/ Dennis L. Beck**
    3c0hj8                                 UNITED STATES MAGISTRATE JUDGE