IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT D. GIBSON,**<br><br>Plaintiff,<br><br>v.<br><br>**WARDEN OF CORCORAN STATE PRISON, et al.,**<br><br>Defendants. | No. 1:03-CV-05445-AWI-DLB PC<br><br>**ORDER** |

On December 6, 2006, Defendants moved for an order protecting them from having to respond to specified motions and documents recently filed by Plaintiff, absent Court order. Upon careful examination of the applicable recent filings, Defendants' moving document and any responding documents, the Court finds good cause to grant the motion.

**IT IS SO ORDERED.** Pending the Court's ruling on defendants' motion to dismiss, defendants need not file a response to Plaintiff's sanction motion(s), supplemental statutory challenge or motion for judicial notice. (*See*, at CR 149, 150, 157, 158.) Thereafter, defendants need only respond to said motions if so directed by the court.

IT IS SO ORDERED.

Dated: **December 8, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1