UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIBSON,<br><br>             Plaintiff,<br><br>vs.<br><br>WARDEN OF CORCORAN STATE PRISON, et al.,<br><br>             Defendants.<br>_____/ | 1:03-cv-05445-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 148)<br><br>**ORDER GRANTING IN PART MOTION TO DISMISS** (Doc. 101)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

    Plaintiff, Robert Gibson ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 23, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On October 30, 2006 and November 6, 2006, respectively, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed October 23,
8 2006, are ADOPTED IN FULL; and,
9    2.   Defendants' motion to dismiss, filed March 10, 2006, is
10 GRANTED IN PART as follow:
11       a.   Plaintiff's claims against defendants Lawton,
12 Hass, Beer, Buller, Bailey, See, and Rousseau relating to the
13 June 16, 2002, incident are DISMISSED for failure to exhaust;
14       b.   Defendants Hickman, Yamamoto, Dill, Ortiz, and
15 Scribner are DISMISSED from this action for plaintiff's failure
16 to exhaust; and,
17       c.   This action proceed only on plaintiff's claims
18 against defendants Beer, Gonzales, and Hayward regarding the
19 March 31, 2004, incident.
20 IT IS SO ORDERED.
21 **Dated:   December 21, 2006           /s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE

2