1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11
12

13  ROBERT D. GIBSON,                        )          CV F- 03-5445 AWI DLB P
                                             )
14                    Plaintiff,             )          ORDER DENYING MOTIONS TO
                                             )          AMEND COMPLAINT AS MOOT
15          v.                               )          [DOC # 98, 109]
                                             )
16  WARDEN OF CORCORAN STATE                 )
    PRISON, et al.,                          )
17                                           )
                      Defendants.            )
18  _____)

19
20

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

pursuant to 42 U.S.C. section 1983.  On March 2, 2006, plaintiff filed a motion requesting to

substitute his handwritten complaint for a typewritten one to aid defendants in their answer.  On

March 13, 2006, plaintiff filed a similar motion.  However, on defendants have been served with the

complaint and have filed an answer.  Plaintiff's substitution is therefore unnecessary and denied as

moot.

        IT IS SO ORDERED.

        Dated:   **August 4, 2007**          _____ **/s/ Dennis L. Beck** _____
                                             UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28