1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| ROBERT D. GIBSON, | ) | CV F- 03-5445 AWI DLB P |
|  | ) |  |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
|  | ) | REQUEST RE COPIES |
| v. | ) | [DOC # 117] |
|  | ) |  |
| WARDEN OF CORCORAN STATE | ) |  |
| PRISON, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On March 27, 2006, plaintiff filed a motion requesting that he be relieved from the requirement in Local Rule 5-134(b) of submitting two (2) copies of each motion or pleading.

        Plaintiff's request is HEREBY GRANTED.  Plaintiff is relieved of the requirement of filing two copies of his pleadings in this action.  However, plaintiff is reminded that if he wishes the court to return a file-stamped copy, he must include an additional copy for that purpose (i.e., submit an original and two copies, one for the court's use and one to be returned) AND a pre-addressed

postage paid envelope.  <u>The court cannot provide copy or mailing service for a party</u>, even for an indigent plaintiff proceeding in forma pauperis.

IT IS SO ORDERED.

Dated:   **August 4, 2007**          _____**/s/ Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE