1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

13 | ROBERT D. GIBSON,                                         )          CV F- 03-5445 AWI DLB P
                                                              )
14 |                              Plaintiff,                   )          ORDER DENYING PLAINTIFF'S
                                                              )          MOTION FOR DEFAULT
15 |          v.                                               )          JUDGMENT AGAINST DIRECTOR
                                                              )          [Doc. 120]
16 | BEER,  et al.,                                            )
                                                              )
17 |                              Defendants.                  )
    | _____                    )

18

19

20          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

21   pursuant to 42 U.S.C. section 1983.  On March 26, 2007, plaintiff filed a motion for entry of default

22   against the Director of the California Department of Corrections.  Service was ordered on the

23   Director on November 21, 2005.  The Director waived service on January 9, 2006.  On March 10,

24   2006, defendants, including Director Hickman filed a motion to dismiss, which was granted as to the

25   Director and others on December 27, 2006.  Plaintiff's motion for entry of default against the

26   Director is therefore without merit and denied.

27          IT IS SO ORDERED.

28          **Dated:    August 27, 2007                          /s/ Dennis L. Beck**

1                                          UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California                                          2