# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,           ) | CV F- 03-5445 AWI DLB P |
|                   Plaintiff,         ) | ORDER RE MOTION TO CHANGE TITLE OF CASE |
|      v.                           ) | [DOC # 118] |
| BEER, et al.,                     ) | |
|                   Defendants.      ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On March 27, 2006, plaintiff filed a motion to change the title of the case to reflect that the Director of the California Department of Corrections and Rehabilitation is a named defendant. The Director was dismissed from this action by order of December 27, 2006. This case is now proceeding against defendants Beer, Gonzales and Hayward only. The Clerk of Court and the parties are directed to reflect the existing parties in the caption of all future pleadings in this case.

IT IS SO ORDERED.

Dated:   August 27, 2007            /s/ Dennis L. Beck

UNITED STATES MAGISTRATE JUDGE