# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIBSON,<br><br>            Plaintiff,<br><br>      v.<br><br>WARDEN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:03-CV-05445-OWW-DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR ISSUANCE OF SUBPOENAS DUCES TECUM, WITHOUT PREJUDICE TO RENEWAL<br><br>(Docs. 183, 186 and 187) |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's fourth amended complaint, filed April 21, 2005, against defendants Beer, Gonzales and Hayward ("defendants") on plaintiff's excessive force claims. On August 17, 2007, September 13, 2007 and September 20, 2007, plaintiff filed motions for service of subpoenas on five non-parties. Plaintiff seeks the issuance of a subpoena duces tecum directing the third parties to make identified documents available to plaintiff.

      Plaintiff is entitled to seek documentary evidence from third parties via the issuance of a subpoena duces tecum under Federal Rule of Civil Procedure 45, which would be served by the United States Marshal given that plaintiff is proceeding in forma pauperis. Plaintiff must describe the documents he is seeking and plaintiff must specify specifically from whom he is seeking the documents. Directing the Marshal's Office to expend its resources personally serving a subpoena is not taken lightly by the court. In this instance, plaintiff has not sufficiently described the documents he is seeking nor explained the relevance to his claims. A written request for the issuance of a subpoena duces tecum requires that plaintiff specify exactly which documents he is seeking.

1 The request must be specific enough to determine what plaintiff seeks.  The request cannot be a
2 broadly stated request that amounts to a fishing expedition.  The motions for the issuance of
3 subpoenas duces tecum are HEREBY DENIED, without prejudice to renewal.
4     Plaintiff may submit a written request seeking the issuance of subpoenas duces tecum and
5 the Court will consider it.

7     IT IS SO ORDERED.
8     Dated:    **September 27, 2007**             **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE