IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT D. GIBSON,** <br><br> Plaintiff, <br><br> v. <br><br> **BEER, et al.,** <br><br> Defendants. | 1:03-CV-05445  AWI DLB P <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

    Defendants are granted an extension of time through October 26, 2007, within which to respond to Plaintiff's first set of interrogatories.

    IT IS SO ORDERED.

    Dated:   **October 3, 2007**            **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE

[Proposed] Order