IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIBSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>BEERS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-03-5445 OWW DLB P<br><br>ORDER RE PLAINTIFF'S<br>MOTION FOR CLARIFICATION<br><br>[Doc. 195] |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 1, 2006, plaintiff filed a motion for recusal of magistrate for bias pursuant to 28 U.S.C. § 455, which the court denied on September 27, 2007.  In the Order, the Court noted that defendants' motion to dismiss was partially granted because plaintiff's appeal did not grieve his claims against defendants Hickman, Yamamoto, Dill, Ortiz or Scribner.

    On October 9, 2007, plaintiff filed a request for clarification of this portion of the order, which the court provides below.

    The Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  42

U.S.C. § 1997e(a). The California Department of Corrections has an administrative grievance system for prisoner complaints, which is initiated by submitting a CDC Form 602. Cal. Code Regs., tit. 15 § 3084.1. As plaintiff was advised, satisfaction of the exhaustion requirement requires the prisoner to prepare a grievance which gives prison personnel fair notice as to the events that subsequently give rise to suit. Thus, whether or not defendants have notice of plaintiff's claims from another source, in order to satisfy 42 U.S.C. § 1997e(a), the grievance itself must provide notice of plaintiff's claims. This is the only way to ensure that the issue is heard within the administrative grievance system.

**IT IS SO ORDERED.**

**Dated:   October 11, 2007**                    **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE