UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, ) | CV F- 03-5445 AWI DLB P |
| Plaintiff, ) | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SERVICE OF SUBPOENA DUCES TECUM |
| v. ) | |
| WARDEN OF CORCORAN STATE PRISON, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On October 15, 2007, plaintiff filed a motion for service of subpoena duces tecum. Defendants are HEREBY ORDERED to respond to plaintiff's motion within 20 days of this order.

IT IS SO ORDERED.

Dated: October 26, 2007      /s/ Dennis L. Beck
                             UNITED STATES MAGISTRATE JUDGE