UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, | CV F- 03-5445 AWI DLB P |
| Plaintiff, | ORDER DENYING MOTIONS TO COMPEL AS PREMATURE |
| v. | [DOC # 192, 197] |
| WARDEN OF CORCORAN STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On October 1, 2007, plaintiff filed a motion to compel compliance with his discovery requests. On October 15, 2007, plaintiff filed a substantially similar motion. On October 9, 2007 (the same day plaintiff's second motion was served), defendants filed an opposition to the motion in which they represent that responses to plaintiff's first request for documents were served on October 9, 2007. Defendants further point out that the Court granted an extension of time for defendants to respond to plaintiff's first set of interrogatories until October 26, 2007.

1  Based on the service of defendants' responses to plaintiff's first request for production of
2  documents and the extension for responses to his first set of interrogatives, plaintiff's motion to
3  compel is DENIED as premature.
4  IT IS SO ORDERED.
5  Dated:  October 26, 2007           /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE