UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT D. GIBSON, | ) | CV F- 03-5445 AWI DLB P |
| Plaintiff, | ) ) | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S |
| v. | ) ) | MOTION TO FILE FIFTH AMENDED COMPLAINT |
| WARDEN OF CORCORAN STATE PRISON, et al., | ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On November 2, 2007, plaintiff filed a motion/notice of intent to amend complaint. Defendants are HEREBY ORDERED to respond to plaintiff's motion within 20 days of this order.

    IT IS SO ORDERED.

    Dated:   **February 12, 2008**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE