UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIBSON,<br><br>        Plaintiff,<br><br>vs.<br><br>ALAMEIDA, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-5445-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 228)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** (Doc. 175) |

    Plaintiff, is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 4, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within fifteen (15) days.  On March 17, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The Findings and Recommendation, filed March 4, 2008, are ADOPTED IN FULL; and,

   2. Plaintiff's motion for preliminary injunction filed May 9, 2007 is DENIED.

IT IS SO ORDERED.

**Dated:   March 21, 2008**           /s/ Oliver W. Wanger
                             UNITED STATES DISTRICT JUDGE