IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT D. GIBSON,**<br><br>                                  Plaintiff,<br><br>          v.<br><br>**BEER, et al.,**<br><br>                                  Defendants. | Case No.: 1:03-CV-05445 OWW DLB P<br><br>**ORDER GRANTING MOTION AND DIRECTING PLAINTIFF TO CEASE ABUSIVE CONDUCT OR SUFFER SANCTIONS, UP TO AND INCLUDING, DISMISSAL**<br><br>(Doc. 245 and 248) |

On May 14, 2008, Defendants' counsel moved the Court for an order directing Plaintiff Robert D. Gibson to cease abusive conduct or suffer sanctions, up to and including, dismissal of this action. (Doc. 245). Upon careful examination, the Court finds good cause to grant the motion.

Plaintiff shall cease sending counsel, or any person associated with this litigation, written communication that is unrelated to this lawsuit or contains any offensive remarks or remarks that are of a personal nature.

Plaintiff is advised that further inappropriate behavior or abuse of the litigation process will result in the issuance of appropriate sanctions, up to and including, the dismissal of this action.

Plaintiff is further advised that nothing in this order or in document he filed on May 14, 2008 entitled "Notice to the Court of Termination of Communication by Plaintiff with Defendants Counsel" relieves him of his obligation to serve documents in this action on Defendants as required

1 | by the Federal Rules of Civil Procedure. Failure to serve documents on Defendants as required will
2 | result in those documents being stricken from the record as well as the imposition of sanctions as
3 | indicated above.
4 |     IT IS SO ORDERED.
5 | **Dated:** **May 16, 2008**　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE