1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT D. GIBSON,                          1:03-cv-05445-OWW-DLB (PC)

12            Plaintiff,                         ORDER GRANTING DEFENDANTS'
                                                 MOTION FOR AN EXTENSION OF TIME
13         vs.                                   TO FILE A DISPOSITIVE MOTION

14   BEER, et al,                                (DOCUMENT #255)

15            Defendants.                        FORTY-FIVE DAY DEADLINE

16   _____/

17        Defendants' request for an extension of time to file a dispositive motion in this matter

18   was considered by this Court, and good cause appearing,

19        IT IS HEREBY ORDERED that Defendants Hayward, Beer, and Gonzales have forty-

20   five (45) days to file a dispositive motion in this matter.

21        IT IS SO ORDERED.

22        **Dated:    May 30, 2008**            _____ **/s/ Dennis L. Beck** _____
                                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28