# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>R.W. BEER, et al.,<br><br>            Defendants<br>_____/ | CASE NO. 1:03-cv-5445 OWW DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER<br><br>(Doc. 236) |

On March 20, 2008, plaintiff filed a motion seeking a protective order (Doc. 236). Federal Rule of Civil Procedure 26(c) provides in part that "[a] party...may move for a protective order in the court where the action is pending...[t]he motion must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense..."

Plaintiff moves for an order protecting his inmate witnesses from "retaliatory acts of the defendants and their agents". Plaintiff indicates that he has filed declarations in support of his motion; however, none are provided. Further, plaintiff has not included the certification required under F.R.C.P. 26(c). In light of the fact that plaintiff has not demonstrated good cause for the issuance of a protective order, plaintiff's motion shall be denied.

///

1  For the foregoing reasons, it is HEREBY ORDERED that plaintiff's motion for a protective
2 order, filed on March 20, 2008 is denied.
3  IT IS SO ORDERED.
4  **Dated:   May 30, 2008**           /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE