# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERT D. GIBSON,

     Plaintiff,

 v.

BEER, et al.,

     Defendants.

_____/

CASE  NO.  1:03-CV-05445-OWW-DLB  (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR VIDEOTAPE SCREENING OF WITNESSES

(Doc. 230)

  Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's fourth amended complaint, filed April 21, 2005, against defendants Beer, Gonzales and Hayward ("defendants") on plaintiff's excessive force claims.  On March 3, 2008, plaintiff filed a motion proposing that the court conduct a videotape examination of plaintiff's witnesses in order to determine their suitability for trial. (Doc. 230).  Plaintiff states that doing so will save court resources and encourage settlement.

  The court will not conduct video examinations of plaintiff's witnesses. If and when this action proceeds to trial, the court will issue a Second Scheduling Order detailing the procedure for obtaining the attendance of incarcerated witnesses at trial.  A videotape examination is unnecessary.

  Plaintiff's motion, filed March 3, 2008, is denied.

  IT IS SO ORDERED.

**Dated:** **May 30, 2008**     **/s/ Dennis L. Beck**
               UNITED STATES MAGISTRATE JUDGE