1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT D. GIBSON,** | Case No.: 1:03-CV-05445 OWW DLB P |
| Plaintiff, | ORDER RE COURT DOCUMENT 195 AND COURT DOCUMENT 199 |
| **v.** | (Docs. 195 and 199) |
| **BEER, et al.,** | |
| Defendants. | |

Plaintiff Robert Gibson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  On September 24, 2007, the court issued an order denying plaintiff's motion for the recusal of the magistrate judge for bias filed November 1, 2006.  (Doc. 188, 154). In the court's order, it was explained to plaintiff that the court found that his claims against defendants Hickman, Yamamoto, Dill, Ortiz and Scribner to be unexhausted, and therefore the magistrate judge recommended that the claims against these defendants be dismissed.  The court held that plaintiff's disagreement with the rulings of this court was not a proper basis for recusal and that plaintiff's motion was without merit.  Plaintiff's motion for recusal of the undersigned was denied.

On October 9, 2007 and October 15, 2007, plaintiff filed motions entitled "Motion for Clarification Order Sept 24, 2007, Doc #154 F..R.C.P. #60(b) and the withdraw of recusal demand". (Docs. 195, 199).  Plaintiff states that his motions "can be considered a withdraw of recusal of

1

1  Magistrate for bias".  In his motions, plaintiff also challenges the magistrate judge's findings and

2  recommendations.

3      It is unclear from reading plaintiff's motions what relief he seeks.  To the extent that he is

4  challenging the findings and recommendations issued by the magistrate judge on October 23, 2006,

5  plaintiff is advised that the proper procedure for doing so is to timely file Objections to the Findings

6  and Recommendations.  A review of the record indicates that the plaintiff did so on October 30 and

7  November 6, 2006, and that his objections were duly considered by the court.  The court will not

8  revisit this issue now.

9      To the extent that plaintiff is seeking to withdraw his motion for the recusal of the magistrate

10  judge, filed November 1, 2006, this matter is moot since the court denied his motion on September

11  24, 2007.

14      IT IS SO ORDERED.

15      **Dated:   June 4, 2008**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE