1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10             FRESNO DIVISION

11

12   **ROBERT D. GIBSON,**                    Case No.: 1:03-CV-05445 OWW DLB P

13                          Plaintiff,        ORDER RE PLAINTIFF'S MOTIONS
                                              FOR SUBPOENAS
14            **v.**
                                              (Docs. 213, 220 and 226)
15   **BEER, et al.,**

16                          Defendants.

17

18        Plaintiff Robert Gibson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

19   in this civil rights action.  On November 16, 2007, December 6, 2007, and February 25, 2008,

20   plaintiff filed documents entitled "Motion for In House Subpoena Duces Tecum."  In these motions,

21   plaintiff requests copies of documents filed in *Coleman v. Schwarzenegger* CV S 90-0520 LKK

22   JFMP.

23        The Clerk's Office does not provide free copies of documents.  Copies up to 20 pages may be

24   made by the Clerk's Office at a charge of $.50 per page.  For larger copy orders, contact Attorney's

25   Diversified Service (ADS) by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning

26   1-800/842-2695, by Faxing a request to 559/486-4119, or by leaving a voice mail at 559/259-8544.

27   **Please Note:  In Forma Pauperis status does not include the cost of copies.**  Plaintiff is advised

28   to keep his own copy of all documents he submits to the court for filing.  The documents plaintiff

1

1 seeks in the referenced motions are several hundred pages.  Plaintiff must therefore contact ADS for

2 his request.

3        IT IS SO ORDERED.

4        **Dated:    June 6, 2008**                              **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE