IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT D. GIBSON,** | ) | No. CV-F-03-5445 OWW/DLB P |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR DE NOVO REVIEW |
| **Plaintiff,** | ) | (Doc. 272) |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **WARDEN OF CORCORAN STATE** | ) | |
| **PRISON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    By Order filed on May 12, 2008, the Magistrate Judge denied Plaintiff's motion to file a fifth amended complaint.

    On June 11, 2008, by the "mailbox rule," Plaintiff filed a motion for *de novo* review of this Order. Plaintiff asserts that the Order is not a final order of the Court, and contends that the Order has to be submitted to the District Judge for review and approval pursuant to 28 U.S.C. 636(b)(1)(A).

    Plaintiff's motion is DENIED.

    Motions for leave to amend are non-dispositive motions. *See*

1

*U.S. Dominator, Inc. v. Factory Ship Robert E. Resoff,* **768 F.2d 1099, 1102 n.1 (9th Cir.1985). Non-dispositive motions are heard by the Magistrate Judges. When a litigant is dissatisfied with the Magistrate Judge's ruling on a nondispositive motion, he may file a request for reconsideration by the District Court within ten days of service of the ruling. Rule 72-303(b), Local Rules of Practice. If the request for reconsideration is filed in a timely manner, the District Court reviews the Magistrate Judge's ruling under the "clearly erroneous or contrary to law" standard set forth in 28 U.S.C. § 636(b)(1)(A); Rule 72-303(f), Local Rules of Practice. If a timely request for reconsideration by the District Court is not filed, the ruling is final. Rule 72-303(b), Local Rules of Practice.**

IT IS SO ORDERED.

**Dated:   July 1, 2008**                        /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE