IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BEER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CV-F-03-5445 OWW DLB P<br><br>ORDER GRANTING IN PART, AND DENYING IN PART, PLAINTIFF'S MOTION TO COMPEL<br><br>(Doc. 210) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's fourth amended complaint filed April 21, 2005, against defendants Beer, Gonzales and Hayward ("defendants") for allegedly using excessive force in violation of the Eighth Amendment. On November 6, 2007, plaintiff filed a motion to compel defendant Beer to further respond to Interrogatories Nos. 13 and 14, and defendant Gonzales to further respond to Interrogatories Nos. 1 and 2. (Doc. 210). Defendants filed their opposition on November 26, 2007, and plaintiff filed his reply on November 26, 2007. (Docs. 215, 216).

**1.　Motion to Compel Filed November 6, 2007**

In this motion, plaintiff asserts that defendants' objections to his interrogatories are unfounded and baseless. Plaintiff however, has not bothered to provide the Court with a copy of the interrogatories in dispute, nor with a copy of defendants' responses to the disputed interrogatories. As plaintiff is the moving party, it is plaintiff's responsibility to provide the court with the supporting facts or evidence

on which the motion is based. Plaintiff has failed to meet even the most basic requirements for filing a motion to compel. However, as defendants have set forth the disputed interrogatories and responses at issue in their opposition, the Court shall hear plaintiff's motion.

**A.    Defendant Beer**

**Interrogatory No. 13:** "Have you ever made any oral statement or declaration to any person, or employee of the California Department of Corrections, about the use of force on inmates while you were on duty?"

Defendants objected on the grounds that the request was vague, ambiguous and overbroad as to the term "any statement or declaration about the use of force", and on the grounds that plaintiff sought information not relevant to any claim or defense in this action and therefore was unlikely to lead to the discovery of admissible evidence.

Defendant's objections are well taken. Plaintiff's request is overly broad and ambiguous. Defendant is not required to provide a further response.

**Interrogatory No. 14:** "Have you ever in the past been a member of the military of the United States, and are you still an active member?"

Defendant objected on the grounds that the interrogatory is irrelevant. The Court finds that plaintiff's interrogatory may lead to the discovery of admissible evidence, and shall grant plaintiff's motion to compel. Defendant Beer shall serve a further response to plaintiff's Interrogatory No. 14 within 30 days of service of this order.

**B.    Defendant Gonzales**

**Interrogatory No. 1:** "Are you a citizen of the United States, or legal Alien Residence."

Defendants objected on the grounds that the information sought is not relevant to any claim or defense, and unlikely to lead to the discovery of admissible evidence.

The Court disagrees. Plaintiff's interrogatory may lead to the discovery of admissible evidence, and accordingly, plaintiff's motion to compel a further response is granted. Defendant Gonzales is to serve a further response to Interrogatory No. 1 within thirty (30) days of service of this order.

**Interrogatory No. 2:** "Have you ever been arrested?"

Defendant objected on the grounds that the interrogatory is irrelevant. Defendant's objection is

well taken. The interrogatory as propounded is not relevant to the subject matter involved, nor reasonably calculated to lead to the discovery of admissible evidence. Defendant is not required to file a further response.

**2.     Conclusion**

Based on the foregoing, plaintiff's motion to compel, filed November 6, 2007, is GRANTED IN PART and DENIED IN PART as follows:

1. Plaintiff's motion to compel a further response from defendant Beer to Interrogatory No. 13 is denied;

2. Plaintiff's motion to compel a further response from defendant Beer to Interrogatory No. 14 is granted and defendant Beer shall serve a further response within **30 days** of service of this order;

3. Plaintiff's motion to compel a further response from defendant Gonzales to Interrogatory Nos. 1 is granted, and defendant Gonzales shall serve a further response within **30 days** of service of this order; and

4. Plaintiff's motion to compel a further response from defendant Gonzales Beer to Interrogatory No. 2 is denied.

IT IS SO ORDERED.

Dated:   **August 28, 2008**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE