IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>BEER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-03-5445 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR SUBPOENA DUCES TECUM<br><br>[Doc. 241] |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's fourth amended complaint filed April 21, 2005, against defendants Beer, Gonzales and Hayward ("defendants") for allegedly using excessive force in violation of the Eighth Amendment. On March 26, 2008, plaintiff filed a motion for the issuance of a subpoena duces tecum. (Doc. 241). In his motion, plaintiff requests court dockets and mailing addresses for the plaintiffs in three unrelated civil actions. Notwithstanding the fact that plaintiff's motion is unsigned, the court shall address his request.

Plaintiff is entitled to seek documentary evidence from third parties via the issuance of a subpoena duces tecum under Federal Rule of Civil Procedure 45, which would be served by the United States Marshal given that plaintiff is proceeding in forma pauperis. However, plaintiff's motion shall be denied on the following grounds.

First, plaintiff's request is procedurally deficient, since he does not indicate whom he seeks the documents from. Second, a subpoena duces tecum is not necessary in the present case. Court dockets

1 are a matter of public record, and copies up to 20 pages may be made by the Clerk's Office at a charge
2 of $.50 per page.  For larger copy orders, plaintiff may contact Attorney's Diversified Service (ADS)
3 by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning 1-800/842-2695, by Faxing
4 a request to 559/486-4119, or by leaving a voice mail at 559/259-8544.  Further, plaintiff's in forma
5 pauperis status does not include the cost of copies.  Plaintiff is not entitled to the issuance of a subpoena
6 duces tecum when the documents are readily available to him upon payment.

7   Based on the foregoing, plaintiff's request for a subpoena duces tecum, filed March 26, 2008 is
8 HEREBY DENIED.

10   IT IS SO ORDERED.
11   Dated: **August 28, 2008**   **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE