IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BEER, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV-F-03-5445 OWW DLB PC<br><br>ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST FOR EXTENSION OF TIME<br><br>(Doc. 290) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's fourth amended complaint filed April 21, 2005, against defendants Beer, Gonzales and Hayward ("defendants") for allegedly using excessive force in violation of the Eighth Amendment.

　　　　On July 1, 2008, this Court issued a Case Management Order prohibiting plaintiff from filing any further non-dispositive motions without first obtaining leave of court, until all discovery-related motions in this action had been addressed by the Court. Plaintiff was also prohibited from filing any further dispositive motions until the discovery issues were resolved. (Doc. 281).

　　　　Defendants filed a motion for summary judgment on July 11, 2008 (Doc. 286). In the instant motion, plaintiff seeks leave of court to file a motion for an extension of time to file an opposition, if needed. Plaintiff timely filed an opposition on July 30, 2008, and it appears that plaintiff's motion is

1  now moot. (Doc. 291). Accordingly, plaintiff's motion to file a motion for an extension of time is
2  disregarded as moot
3  .
4      IT IS SO ORDERED.
5      **Dated:   August 28, 2008**           /s/ **Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE