IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>           Plaintiff,<br><br>    vs.<br><br>BEER, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV-F-03-5445 OWW DLB PC<br><br>ORDER RE PLAINTIFF'S MOTION TO COMPEL ANSWER TO ADMISSIONS<br><br>(Doc. 242) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's fourth amended complaint filed April 21, 2005, against defendants Beer, Gonzales and Hayward ("defendants") for allegedly using excessive force in violation of the Eighth Amendment. On April 28, 2008, plaintiff filed a motion entitled, "Motion to Compel Answer to Admissions, and request for sanction. Motion to Compel the Production of Video Statement". (Doc. 242). Defendants filed their opposition on May 14, 2008 (Doc. 246).

///
///
///
///

Plaintiff's first four requests are requests to compel answers to admissions. Plaintiff's fifth request is for "the production of any video statement of Inmate Lonnie Williams #T-54378 at Corcoran State Security Housing Unit during his confinement there 2002-2004 filed as witness to excessive force complaint." Plaintiff asserts that any violation of the Court's Discovery Order should be waived as a sanction for defendants' late response at the start of discovery.

In opposition, defendants contend that plaintiff's discovery requests were served on March 25, 2008 and April 1, 2008, well past the deadline set forth by the Court in its Discovery Order and Scheduling Order. (Doc. 182). Defendants also contend that plaintiff's instant motion to compel is untimely. (Doc. 182).

Plaintiff's discovery requests and subsequent motion to compel were served and/or filed well past the deadlines set by the Court. However, in light of the fact that plaintiff had filed requests to extend the discovery deadlines in November and December 2007, which the Court did not rule upon until the discovery deadlines had passed, the court shall grant in part plaintiff's motion to compel as described below.

Within thirty (30) days of service of this order, defendants are to serve responses to plaintiff's Requests For Admissions Nos. 1 - 4, and to plaintiff's request for a copy of the video statement, identified as Item No. 5 in plaintiff's motion to compel. To the extent that plaintiff is seeking any sanctions against defendants, plaintiff has not established that he is so entitled and his request is denied.

IT IS SO ORDERED.

**Dated:   August 28, 2008**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE