UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT D. GIBSON, | ) | CASE NO. 1:03-CV-5445 OWW DLB P |
| Plaintiff, | ) ) | ORDER STRIKING COURT DOCUMENT #283 |
| v. | ) ) | (Doc. 283) |
| BEER, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On July 1, 2008, this court issued a case management order. (Doc. 281). Plaintiff was informed that until the court had resolved all of plaintiff's pending discovery-related motions, plaintiff may not file any further dispositive motions. The Court noted that plaintiff had already filed two motions for summary judgment. (Docs. 278, 279). Despite the Court's order, plaintiff filed a third unsigned and undated motion for summary judgment on July 7, 2008. (Doc. 283).

Based on the foregoing, plaintiff's motion for summary judgment, filed July 7, 2008 is HEREBY STRICKEN.

IT IS SO ORDERED.

Dated:   **August 28, 2008**            /s/ **Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE