UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>               Plaintiff,<br><br>   v.<br><br>BEER, et al.,<br><br>               Defendants. | CASE NO. 1:03-CV-5445 OWW DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 301) |

       Plaintiff Robert Gibson, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On August 29, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  Plaintiff filed an Objection on September 18, 2008.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.     The Findings and Recommendations, filed August 29, 2008, is adopted in full; and

    2.     Plaintiff's motion for the return of documents or money damages, filed May 20, 2008 is DENIED.

IT IS SO ORDERED.

**Dated:**   **October 27, 2008**             **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE