# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BEER, et al.,<br><br>        Defendants. | CASE NO. 1:03-CV-5445 OWW DLB-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT<br><br>(Doc. 324) |

      Plaintiff Robert D. Gibson, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On November 24, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  On December 10, 2008, plaintiff filed an Objection.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     The Findings and Recommendations, filed November 24, 2008, is adopted in full; and

      2.     Plaintiff's motions for summary judgment, filed June 16, 2008 and June 24, 2008,

1 are DENIED.

2 IT IS SO ORDERED.

3 **Dated:   January 21, 2009**            /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE