# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, | CASE NO. 1:03-cv-5445 OWW DLB PC |
| Plaintiff, | ORDER VACATING COURT ORDER |
| v. | (DOCUMENT 345) |
| BEER et. al., | |
| Defendants. | |

Plaintiff Robert D. Gibson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 20, 2009, this Court issued an order that, *inter alia*, addressed Plaintiff's request to subpoena Special Master John H. Hagar, Special Master S. Keating, and the California State Library Custodian of Records.

The Court HEREBY VACATES the February 20, 2009. This matter shall be addressed at the telephonic trial confirmation hearing scheduled for March 13, 2009.

IT IS SO ORDERED.

Dated: **March 9, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1