1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  ROBERT D. GIBSON,                              CASE NO. 1:03-CV-5445 OWW DLB PC

10                    Plaintiff,                  ORDER RE REQUEST FOR PERSONAL
                                                  CLOTHING AT TRIAL
11       v.
                                                  (Doc. 381)
12  BEER, et al.,

13                    Defendants.
                                               /
14

15        Plaintiff Robert D. Gibson ("plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial

17  commencing on June 16, 2009.  On April 13, 2009, Plaintiff filed a motion in limine requesting a

18  court order allowing Plaintiff to purchase non-prison issued clothing to wear at trial, and to possess

19  these items prior to trial.  Defendants have not filed a response.

20        Counsel for defendants shall make arrangements for Plaintiff to arrive at trial in prison-issue

21  khakis.

22        Plaintiff may arrange to have personal clothing brought to the Court the morning of trial by

23  his family or friends.  Any such clothing may be inspected by correctional staff and/or the United

24  States Marshal.

25  IT IS SO ORDERED.

26  **Dated:   May 18, 2009**                        **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE
27

28

1