# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERT D. GIBSON,                     CASE NO. 1:03-cv-05445-LJO-DLB PC

              Plaintiff,      **ORDER COMMANDING WARDEN OF**
**NORTH KERN STATE PRISON TO**
    v.                              **PROVIDE PLAINTIFF WITH ACCESS TO**
**HIS LEGAL MATERIALS FORTHWITH**

BEER, et al.,

              Defendants.

_____/

    Plaintiff Robert D. Gibson ("Plaintiff"), CDC# E-09929, is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On Friday, June 12, 2009, during a telephonic hearing in this matter, Plaintiff indicated that he is housed at North Kern State Prison without access to his legal materials. This matter is set for jury trial commencing Tuesday, June 16, 2009 at 8:30 a.m.

    Accordingly, the Court HEREBY ORDERS as follows:

    1.    The Warden of North Kern State Prison ("Warden") SHALL, <u>no later than the end of day June 12, 2009</u>, provide Plaintiff with reasonable access to his legal materials relating to this action for purposes of trial preparation. The Warden is to take any and all appropriate steps necessary to ensure that Plaintiff receives timely access;

    2.    Pursuant to the Order and Writ of Habeas Corpus Ad Testificandum dated May 18, 2009, the Warden is further ORDERED to produce Plaintiff Robert D. Gibson, <u>along with Plaintiff's legal property</u>, on the Seventh Floor, United States Courthouse,

1    2500 Tulare Street, Fresno, California, on June 16, 2009 at 8:00 a.m for trial;

2    3.    Plaintiff indicates that he has purchased personal clothing to wear during trial.  The

3    Warden is further ORDERED to produce the clothing at trial, provided that

4    compliance with this part of this Order poses no safety and security issues for

5    C.D.C.R.; and

6    4.    The Clerk of the Court is HEREBY DIRECTED to send, by fax, a copy of this order

7    to the Warden at North Kern State Prison and/or the Litigation Co-ordinator at North

8    Kern State Prison.

9

10   IT IS SO ORDERED.

11   **Dated:    June 12, 2009**                            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28