# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-5445 LJO DLB PC<br><br>ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO WITNESS **RANDY SCHLAPFER**, CDC #J-60601<br><br>(Doc. 396)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND COPY OF ORDER TO KERN VALLEY STATE PRISON |

Plaintiff Robert D. Gibson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 20, 2009, the Court issued an Order and Writ of Habeas Corpus Ad Testificandum commanding the Warden at Kern Valley State Prison to produce Inmate Randy Schlapfer, CDC #J-60601, at this court to testify at trial on June 16, 2009.

On June 12, 2009, a telephonic hearing was held in this matter. During the hearing, Plaintiff stated that Inmate Schlapfer has no relevant testimony to give, and Plaintiff withdraws his request for a subpoena commanding Inmate Schlapfer's attendance at trial.

Accordingly, the Order and Writ of Habeas Corpus Ad Testificandum to transport Inmate Randy Schlapfer, CDC #J-60601, dated May 18, 2009, is HEREBY ORDERED VACATED.

The Clerk of the Court is HEREBY DIRECTED to send, by fax, a copy of this order to Kern Valley State Prison.

IT IS SO ORDERED.

**Dated:　June 12, 2009**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1