**FILED**

JUN 1 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, | CASE NO. 1:03-cv-05445 LJO DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF **ROBERT D. GIBSON, CDC # E-09929** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| BEER, et al., | |
| Defendants. | |
| _____ / | |

Jury trial in this matter commenced on June 16, 2009..

The jury trial in this case has concluded. Accordingly, plaintiff Gibson, CDC # E-09929 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: June 16, 2009   _____
                        LAWRENCE J. O'NEILL
                        UNITED STATES DISTRICT JUDGE

1