# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, | CASE NO. 1:03-CV-05445-LJO-DLB PC |
| Plaintiff, | ORDER DENYING ALL REMAINING MOTIONS AS MOOT |
| v. | (DOCS. 349, 355, 358, 359, 369, 390, 429) |
| BEER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Robert D. Gibson ("Plaintiff") is a California state prisoner proceeding pro se in this action.  On June 16, 2009, judgment was entered in the above action in favor of defendants and against Plaintiff pursuant to jury verdict.  Accordingly, it is HEREBY ORDERED that all pending motions in this action are DENIED as moot.

IT IS SO ORDERED.

**Dated:    September 22, 2010**                  **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

1